Opinion filed February 8, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 8, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00232-CV 

                                                    __________

 

                          THE WINDS RESTAURANT, INC., Appellant

 

                                                             V.

 

                  PACIFIC
INSURANCE COMPANY, LIMITED, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
 Pinto County, Texas

 

                                                  Trial Court Cause No. C41595

 



 

                                             M
E M O R A N D U M   O P I N I O N

The parties have filed in this court an agreed
motion to dismiss the appeal.  In their
motion, the parties state that they have settled their claims and
cross-claims.  The motion is granted, and
the appeal is dismissed.

 

PER CURIAM

February 8, 2007

Panel
consists of:  Wright, C.J, 

McCall, J., and Strange, J.